IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 11-500-02 |
| SAMUEL DIAZ-RIVERA a/k/a<br>DELVIS DE LA ROSA-MARTINEZ | : | |

## ORDER

**AND NOW**, this 4th day of September, 2013, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Document No. 48), the government's response (Document No. 54) and the defendant's reply (Document No. 55), it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

                                                        /s/Timothy J. Savage
                                                      TIMOTHY J. SAVAGE, J.