# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 11-500-02 |
| | : | |
| SAMUEL DIAZ-RIVERA a/k/a | : | |
| DELVIS DE LA ROSA-MARTINEZ | : | |

## ORDER

**AND NOW**, this 23rd day of January, 2015, upon consideration of the agreement of the parties and pursuant to 18 U.S.C. § 3582(c)(2), it is **ORDERED** that the term of imprisonment is reduced to 57 months, effective November 1, 2015.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.